1 | DENNIS S. WAKS, Bar #142581
Acting Federal Defender
2 | ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561
5
6 | Attorney for Defendant
Savino Garcia-Lopez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:05-cr-00468 OWW |
|---|---|---|
| *Plaintiff*, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | ) | |
| SAVINO GARCIA-LOPEZ, | ) | Date:  February 7, 2006<br>Time:  9:00 a.m.<br>Judge: Honorable Oliver W. Wanger |
| *Defendant*. | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARIANNE A. PANSA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Savino Garcia-Lopez , that the date for status conference in the above-captioned matters may be continued to February 7, 2006.  **The date previously set for status conference is January 27, 2006.  The requested new date is February 7, 2006 at 9:00 A.M.**

   The reason for this request is that a negotiated settlement will likely resolve this matter, but additional time is needed for further investigation and discussion of the proposed plea and pre-plea presentence investigation report.

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: January 24, 2006                              By  /s/ Marianne A. Pansa
                                                     MARIANNE A. PANSA
                                                     Assistant U.S. Attorney
                                                   Attorney for Plaintiff

                                                DENNIS S. WAKS
                                                Acting Federal Public Defender

DATED: January 24, 2006                              By  /s/ Eric V. Kersten
                                                     ERIC V. KERSTEN
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   Savino Garcia-Lopez

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

      DATED: January 27____, 2006

                                                /s/ OLIVER W. WANGER
                                                OLIVER W. WANGER, Judge
                                                United States District Court
                                                Eastern District of California